MURIEL DRESCHER, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23613.) JULIA M. CUMMINGS, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23614.) — Appeals from judgments awarding damages for lands appropriated by the State. The amounts allowed were the same as the purchase prices of the lots when acquired by the claimants in 1926. Claimants' expert placed values at the time of the appropriation above the original purchase prices and the State's expert placed values below the purchase prices. Judgments unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

CALEDONIAN-AMERICAN INSURANCE COMPANY OF NEW YORK, Appellant, v. WILLIAM W. BENSEN and EDGAR G. LUBY, Individually and Doing Business as a Copartnership under the Firm Name and Style of " Bensen & Luby," Respondents.— Appeal from a judgment entered in Albany county on the verdict of a jury in favor of the defendants rendered at a Trial Term of the Supreme Court in said county, also from the order denying plaintiff's motion for a new trial. The defendants as agents of the plaintiff had issued a policy of fire insurance. It is admitted that when plaintiff learned that said policy had been issued it " instructed the defendants to immediately cancel the said policy " and return it to the plaintiff. The complaint herein alleges that the defendants failed and neglected to carry out the aforesaid instructions. The defendants, however, assert that they made reasonable efforts to comply with such orders. Before the policy was canceled or returned the insured property was destroyed by fire, suit was brought against the plaintiff by the insured for the amount of the alleged loss and plaintiff gave notice to the defendants to defend such action. Defendants did not defend, but said action was defended by the plaintiff herein and judgment rendered against it in favor of the insured. The present action was then brought by the plaintiff to recover damages as aforesaid. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.